UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO.  8:97-CR-436-T-17

JOSE HUBERT PALACIOS.

_____/

ORDER

This cause is before the Court on:

Dkt. 887   Motion for Compulsory Counterclaim

After a jury trial, Defendant Jose Hubert Palacios was sentenced on April 29, 1999 (Dkt. 666), and the final judgment was entered on May 10, 1999. (Dkt. 671). Defendant Palacios' sentence included a term of incarceration, a term of supervised release, imposition of a fine of $25,000, and a special assessment of $300.00. Defendant's conviction and sentence were affirmed on appeal.  (Dkt. 811).

After resolution of the appeal, Defendant Palacios moved for clarification of his sentence (Dkt. 832).  Defendant's Motion for Clarification was denied.  (Dkt. 836). Defendant Palacios appealed the Court's ruling; Defendant's appeal was dismissed for want of prosecution.  (Dkt. 849).

Defendant Palacios' separate habeas petition (Case No. 8:05-CV-184-T-27MSS) was dismissed with prejudice.

Defendant Palacios' Motion for Equitable Relief From Fine Payment (Dkt. 850) was denied. (Dkt. 856), and Defendant's Motion for Reconsideration was denied. (Dkt.

Case No. 8:97-CR-435-T-17

858). Defendant Palacios' Motion for Clarification was denied. (Dkt. 860). Defendant Palacios appealed the denial, and then voluntarily dismissed the appeal. (Dkt. 863).

Thereafter, Defendant Palacios filed Defendant's "Notice for Closure and Settlement" (Dkt. 865) and Defendant's Motion to Dismiss for lack of subject matter jurisdiction. Defendant's Motion was denied. (Dkt. 867). Defendant Palacios then moved for reconsideration; the Court denied Defendant's Motion. (Dkt. 869).

Defendant Palacios then filed Defendant's "Notice of Counterclaim." (Dkt. 870).

Defendant Palacios' motion for writ of error audita querela was denied. (Dkt. 873). Defendant appealed the denial. Defendant Palacios' Motion to Proceed IFP on appeal was denied because the appeal was frivolous. (Dkt. 877). Defendant's appeal was dismissed. (Dkt. 880).

Thereafter, Defendant Palacios filed Defendant's "Notice of Fault and Opportunity to Cure" (Dkt. 883) and "Notice of Settlement and Closure" (Dkt. 884). Defendant Palacios moved for his release, which the Court denied. (Dkt. 886).

The Court has considered Defendant Palacios' Motion for Compulsory Counterclaim (Dkt. 887). Defendant asserts Defendant is making a claim related to the final judgment against Defendant (Dkt. 671), which Defendant alleges was imposed in violation of the Constitution. (Dkt. 887, p. 2). To the extent that Defendant's Motion is a challenge to Defendant's sentence, the Court denies Defendant's Motion with prejudice because it is frivolous. The Court denies Defendant's Motion to Appoint Counsel as moot. Accordingly, it is

**ORDERED** that Defendant's Motion for Compulsory Counterclaim (Dkt. 887) is **denied with prejudice** because Defendant's Motion is frivolous.

Case No. 8:97-CR-436-T-17

**DONE and ORDERED** in Chambers in Tampa, Florida on this 16th day of September, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record