**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                          CASE NO. 8:97-CR-436-T-EAK

JOSE HUBERT PALACIOS
_____/

**ORDER**

     This cause comes before the Court on the defendant's motion for reduction of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Doc. 888).  The Court also has before it the U.S. Probation Office Amendment Assessment (Doc. 891) and the response of the government (Doc. 896).  The Court has reviewed the motion, the Amendment Assessment for the United States Probation Office and the government response.  The Court concludes that the defendant is not eligible for a reduction in sentence based on the amended guidelines and adopts the position that the defendant is not eligible for a reduction in sentence because his guideline range was not lowered.   Accordingly, it is.

     **ORDERED** that defendant's motion for modification of sentence be **denied**.

     **DONE AND ORDERED** in Chambers in Tampa, Florida this 7th day of June, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record